UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COASTKEEPER, et al. | Case No.: 20cv1659-LAB (NLS) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC | |
| Defendant. | |

Plaintiffs have filed a notice of voluntary dismissal with prejudice. Defendant has not answered or appeared. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: December 18, 2020

Honorable Larry Alan Burns
Chief United States District Judge